USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

DAVID TAN,

                    Defendant.

18-CR-228 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the conference in the above-captioned action before Judge Marrero, scheduled for Friday, June 29, 2018 at 1:00 p.m., is canceled.

**SO ORDERED:**

Dated: New York, New York
       June 29, 2018

                                         Victor Marrero
                                           U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 29, 2018

**VIA CM/ECF**

The Honorable Victor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re: **United States** v. **David Tan**, 18 Cr. 228 (VM)

Dear Judge Marrero:

    Based on conversations with defense counsel, it is the Government's understanding that the defendant intends to plead guilty to the above-referenced Indictment. The parties understand that the Court refers change-of-plea proceedings to Magistrate Court. The parties respectfully request that the Court set a control date for a sentencing hearing for November 30, 2018, at 2:00 p.m.

    The Government also respectfully requests that the time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today, June 29, 2018 and the date for which the Magistrate Court schedules the change-of-plea proceeding. The Government submits that the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will allow additional time for the parties to discuss a disposition. The defendant consents to this request.

                              Very truly yours,

                              GEOFFREY S. BERMAN
                            United States Attorney

          by: _____
                Nicholas W. Chiuchiolo
                Assistant United States Attorney
                (212) 637-1247